HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
CHRISTINA SINHA, # 278893
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Lexi_Negin@fd.org

Attorneys for Defendant
JOHNATHAN SPRAGUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-039 AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUSION OF TIME** |
| v. | |
| JOHNATHAN SPRAGUE, | Date: June 4, 2019 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Edmund F. Brennan |

Plaintiff, United States of America, by and through Assistant United States Attorney Roger Yang, and Defendant Johnathan David Sprague, through his attorneys Lexi P. Negin and Christina Sinha, Assistant Federal Defenders, hereby stipulate to continue the Preliminary Hearing set for June 4, 2019 to July 18, 2019, at 2:00 p.m.

The parties agree that the time beginning April 23, 2019 extending through June 4, 2019, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until June 4, 2019. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular,

Stipulation and Order to Continue Preliminary
Hearing and Exclusion of Time
-1-

| | |
|---|---|
| 1 | the time is required so that the parties can conduct investigation and review discovery.  Mr. |
| 2 | Sprague consents to this continuance. |

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

IT IS SO STIPULATED.

Dated: May 15, 2019                                    HEATHER E. WILLIAMS
                                                       Federal Defender

                                                       */s/ Lexi P. Negin*
                                                       LEXI P. NEGIN
                                                       Assistant Federal Defender

                                                       */s/ Christina Sinha*
                                                       CHRISTINA SINHA
                                                       Assistant Federal Defender

                                                       Attorneys for JOHNATHAN SPRAGUE

Dated: May 15, 2019                                    MCGREGOR W. SCOTT
                                                       United States Attorney

                                                       */s/ Roger Yang*
                                                       ROGER YANG
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

**O R D E R**

The Court has read and considered the Stipulation to Continue the Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time. The Court finds that the Defendant consents to the extension of time for the Preliminary Hearing under Federal Rule of Criminal Procedure, Rule 5.1(d). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to July 18, 2019, at 2:00 p.m.

2. The time between June 4, 2019, and July 18, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: May 16, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE